UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Shawn Christopher<br>Attorney at Law, Bar No. 6252 | Case No. 2:21-ms-00016<br><br>ORDER OF DISBARMENT |

Attorney Shawn Christopher, Nevada Bar No. 6252, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed February 19, 2021. On March 4, 2021, this Court issued an initial Order to Show Cause (ECF No. 1 ("OSC")) mailed via certified mail as to why he should not be reciprocally disbarred by this Court. However, the Court received a request from his father requesting an additional 60 days to respond to the OSC. The Court found Mr. Christopher's medical incapacitation described in his father's letter constituted good cause to grant Mr. Christopher an extension of time to respond to its OSC by June 7, 2021. (ECF No. 4 ("Order").) However, the additional days have now also elapsed, and no response has been received from Mr. Christopher. Failure to timely respond warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Shawn Christopher, Bar No. 6252, is hereby disbarred from practice in United States District Court for the District of Nevada.

DATED THIS 13th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1

CERTIFICATE OF SERVICE

2  Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of

3  the United States District Court, and that on this 13th day of September 2021, I caused to

4  be served a true and correct copy of the foregoing Order to Show Cause to the following

5  parties via Certified Mail, Return Receipt Requested via the United States Postal Service,

6  in a sealed envelope, postage prepaid, to the following address:

7  Shawn Christopher
   5 Creeping Bend Court
8  Las Vegas, NV 89052

9  Certified Mail No.: 7018 3090 0001 1163 9498

10
   Harry G. Golden
11  48 Hunt Valley Trail
   Henderson, NV 89052
12
13  Certified Mail No.: 7018 3090 0001 1163 9504

14

15

16  /s/ Lorena Q.
   Deputy Clerk
17  United States District Court,
   District of Nevada
18

19

20

21

22

23

24

25

26

27

28

2